

ACCEPTED
03-14-00437-CV
7389919
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 12:00:02 PM
JEFFREY D. KYLE
CLERK

# Rosemary Lehmberg ⚹ Travis County District Attorney

**P.O. Box 1748  Austin, Texas  78767 • Telephone: 512-854-9400 • Fax: 512-854-9695**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 12:00:02 PM
JEFFREY D. KYLE
Clerk

October 15, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547, Capitol Station
Austin, Texas   78711

Re:     Court of Appeals Number: 03-14-00437-CV
        Trial Court Cause Number: J-31,751
        Styled: In the Matter of N.G.-D.

Dear Mr. Kyle:

This is to acknowledge receipt of your notice, dated October 8, 2015, that the above-referenced cause has been set for oral argument on Wednesday, November 18, 2015, at 1:30 P.M.

Please inform the Court that the State will be represented at the scheduled time by Kathryn A. Scales.


Sincerely,
*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney
State Bar No. 00789128
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Kathryn.Scales@traviscountytx.gov
AppellateTCDA@traviscountytx.gov


KS:vb


cc: Jesus M. Salinas Jr.
    Attorney at Law
    jsalinas54@gmail.com

**Criminal Justice Center • 509 West 11ᵗʰ Street • Austin, Texas 78701**